

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-14-1998

# Ingram v. Bucks County

Precedential or Non-Precedential:

Docket 97-1360

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation

"Ingram v. Bucks County" (1998). *1998 Decisions.* Paper 112.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/112

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

```
                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT




                              97-1360
                      INGRAM v. BUCKS COUNTY


         The following modifications have been made to the Court's
    opinion issued on 5/12/98 in the above-entitled appeal and will
    appear as part of the final version of the opinion:


         1.  On Page 1, change the District Court Docket Number from
    D.C. Civ. No. 95-02122 to D.C. Civ. No. 96-02122.
```

                                        /s/ P. Douglas Sisk,
                                              Clerk



Date: May 14, 1998